BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGPREET KAUR and RAVINDER SINGH BASSI,<br><br>    Plaintiffs,<br><br>    v.<br><br>Eric H. Holder, Jr., et al.<br><br>    Defendants. | No. 2:13-cv-75 WBS DAD<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFICATION OF BRIEFING SCHEDULE. |

This is an immigration case in which plaintiffs challenged the denial of an I-130 visa petition by the Board of Immigration Appeals. Since the filing of this lawsuit, the parties have agreed to the administrative reopening of the matter by the Board of Immigration Appeals. The purpose of the reopening is to ensure compliance with 8 C.F.R. § 1003.5(b) as relates to the certified administrative record.

Because the matter has not yet been reopened by the Board of Immigration Appeals, the parties agree to a modification of the existing briefing schedule as follows: all deadlines set forth in the Court's order of April 10, 2013 will be vacated, and the parties will file a joint status report by September 16, 2013 advising as to the status of the Board of Immigration Appeals case.

1  DATED: July 23, 2013					Respectfully submitted,
							BENJAMIN B. WAGNER
2							United States Attorney

3							 _/s/ Audrey B. Hemesath_____
							Audrey B. Hemesath
4							Assistant U.S. Attorney

5							/s/ Jonathan M. Kaufman
							Jonathan M. Kaufman
6							Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and, good case having been shown, the Court vacates the schedule set forth in the Court's April 10, 2013 order and instead orders the parties to file a joint status report by September 16, 2013.  A **Status Conference is set for September 30, 2013 at 2:00 p.m.**

IT IS SO ORDERED.

DATED:  July 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE