BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAGPREET KAUR and RAVINDER SINGH BASSI, <br><br> Plaintiffs, <br><br> v. <br><br> Eric H. Holder, Jr., et al. <br><br> Defendants. | No. 2:13-cv-75 WBS DAD <br><br> JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF ABEYANCE. |

    This is an immigration case in which plaintiffs challenged the denial of an I-130 visa petition by the Board of Immigration Appeals.  The case is currently stayed pending a possible administrative reopening by the Board of Immigration Appeals.  The parties now agree to a further abeyance period, as the recent Ninth Circuit decision in *Ching v. Mayorkas*, --- F.3d ----, 2013 WL 4007563 (9th Cir. Aug. 7, 2013) may also have bearing on the instant case.  The government is in the process of deciding whether to seek further review in the *Ching* case.  The parties therefore agree to extend the deadline for the filing of a joint status report to December 16, 2013.

1 | DATED: August 30, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney

/s/ Jonathan M. Kaufman
Jonathan M. Kaufman
Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation, the Court orders the parties to file a joint status report by December 16, 2013.  The Status Conference is continued to January 6, 2014 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  August 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-