BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGPREET KAUR and RAVINDER SINGH BASSI, | ) ) Case No.: 2:13-cv-75 WBS DAD ) |
| Plaintiffs, | ) **Joint Stipulation and Order re:** ) **Continuing Abeyance Period** |
| v. | ) ) |
| ERIC HOLDER, *et al.*, | ) ) |
| Defendants. | ) ) ) |

_____

        This is an immigration case currently held in abeyance pending the outcome of the Ninth

Circuit case *Ching v. Mayorkas*, Ninth Circuit docket no. 11-17041.  On November 22, 2013, the

government filed a petition for panel rehearing in that case.  Because of the likelihood that *Ching*

will bear on the instant case, the parties now agree to a further abeyance period until March 17,

2014.  At that time, the parties will file a joint status report.

Dated: December 3, 2013                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Audrey B. Hemesath
                                           AUDREY B. HEMESATH
                                           Assistant U.S. Attorney


DATED: December 3, 2013                    Respectfully submitted,
                                           /s/ Jonathan Kaufman
                                           Jonathan Kaufman
                                           Attorney for the Plaintiffs




                                        ORDER

       Pursuant to the foregoing stipulation, the matter is held in abeyance.  The parties shall file

a joint status report by March 17, 2014.  The status conference is continued to **March 31, 2014**

**at 2:00 p.m.**

DATED: December 13, 2013                   /s/John A. Mendez for
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE