BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGPREET KAUR and RAVINDER SINGH BASSI, | Case No.: 2:13-cv-75 WBS DAD |
| Plaintiffs, | **Joint Stipulation and Order re: Continuing Abeyance Period** |
| v. | |
| ERIC HOLDER, *et al.*, | |
| Defendants. | |

This is an immigration case currently held in abeyance pending the outcome of the Ninth Circuit case *Ching v. Mayorkas*, Ninth Circuit docket no. 11-17041. On November 22, 2013, the government filed a petition for panel rehearing in that case. Because of the likelihood that *Ching* will bear on the instant case, the parties now agree to a further abeyance period until March 17, 2014. At that time, the parties will file a joint status report.

1

Dated: December 3, 2013            Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Audrey B. Hemesath
                                                  AUDREY B. HEMESATH
                                                  Assistant U.S. Attorney

DATED: December 3, 2013            Respectfully submitted,
                                                  /s/ Jonathan Kaufman
                                                  Jonathan Kaufman
                                                  Attorney for the Plaintiffs

## ORDER

Pursuant to the foregoing stipulation, the matter is held in abeyance. The parties shall file a joint status report by March 17, 2014. The status conference is continued to **March 31, 2014 at 2:00 p.m.**

DATED: December 13, 2013            /s/John A. Mendez for
                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE