BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGPREET KAUR and RAVINDER SINGH BASSI, | ) ) Case No.: 2:13-cv-75 WBS DAD |
| Plaintiffs, | ) ) **Joint Stipulation and [~~Proposed~~] Order** |
| v. | ) **re: Remand to United States Citizenship** ) **and Immigration Services** |
| Eric H. Holder, Jr., et al., | ) ) |
| Defendants. | ) ) |

     This is an immigration case currently held in abeyance pending the outcome of *Ching v. Mayorkas*, 725 F.3d 1149 (9th Cir. 2013).  The mandate has now issued in *Ching*, and the parties agree that the matter ought to be remanded to United States Citizenship and Immigration Services for reopening and adjudication in light of *Ching*.  Each side to bear its own costs of litigation.

Dated: March 14, 2014            Respectfully submitted,

                             BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Audrey B. Hemesath
                             AUDREY B. HEMESATH
                             Assistant U.S. Attorney

DATED: March 14, 2014                    Respectfully submitted,
                                         /s/ Jonathan Kaufman
                                         Jonathan Kaufman
                                         Attorney for the Plaintiff

ORDER

        Pursuant to this joint stipulation, the matter is remanded to United States Citizenship and

Immigration Services for reopening and adjudication in light of *Ching v. Mayorkas*, 725 F.3d

1149 (9th Cir. 2013).

Dated:  March 17, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE